The Honorable Edward F. Shea

PAUL S. KUBE
OGDEN MURPHY WALLACE, P.L.L.C.
1 Fifth Street, Suite 200
Wenatchee, Washington 98807-1606
Tel: 509.662.1954/Fax: 509.663.1553

Attorneys for Defendant Merred

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

GASTON CORNU-LABAT,

    Plaintiff,

v.

MEHDI MERRED, an individual, and ERIC BAKKE and THOMAS CLARK, individually and in their official capacities as police officers, and the CITY OF QUINCY, WASHINGTON, a Washington Municipal Corporation and political subdivision of the State of Washington,

    Defendants.

NO. CV 11-080-EFS

DECLARATION OF PAUL S. KUBE

The undersigned, pursuant to RCW 9A.72.085, declares:

1. I am an attorney of record for Defendant Mehdi Merred and make this Declaration in that capacity.

2. Attached hereto as Exhibit A is a true and correct copy of the Quincy Police Department Smith Affidavit for Case 10QU3663 (a.k.a. Written Statement) of Alexa Merred, dated December 4, 2010.

{JKNW0184959.DOC;1\21126.055001\}

DECLARATION OF PAUL S. KUBE - 1

OGDEN MURPHY WALLACE, P.L.L.C.
1 Fifth Street, Suite 200
Wenatchee, Washington 98807-1606
Tel: 509.662.1954/Fax: 509.663.1553

3.  Attached hereto as Exhibit B is a true and correct copy of the Quincy Police Department Smith Affidavit for Case 10QU3663 (a.k.a. Written Statement) of Scott Bierlink, dated December 6, 2010.

4.  Attached hereto as Exhibit C is a true and correct copy of the Quincy Police Department Smith Affidavit for Case 10QU3663 (a.k.a. Written Statement) of David Woods, dated December 6, 2010.

5.  Attached hereto as Exhibit D is a true and correct copy of the Quincy Police Department Prosecutor Report for Incident 10QU3663, including narrative reports of Officers Bakke and Clark.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Wenatchee, Washington, on January 18, 2012.

_____
Paul S. Kube

{JKNW0184959.DOC;1\21126.055001\}
DECLARATION OF PAUL S. KUBE - 2

OGDEN MURPHY WALLACE, P.L.L.C.
1 Fifth Street, Suite 200
Wenatchee, Washington 98807-1606
Tel: 509.662.1954/Fax: 509.663.1553

# CERTIFICATE OF SERVICE

I HEREBY certify that on January 18, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Keith Scully | Keith@newmanlaw.com; sarah@newmanlaw.com |
| Jerry Moberg | jjmoberg@canfield-associates.com, dawnseverin@canfield-associates.com, slaughlin@canfieldsolutions.com |

s/Jonna J. Dengate
JONNA J. DENGATE, paralegal to
PAUL S. KUBE

{JKNW0184959.DOC;1\21126.055001\}
DECLARATION OF PAUL S. KUBE - 3

OGDEN MURPHY WALLACE, P.L.L.C.
1 Fifth Street, Suite 200
Wenatchee, Washington 98807-1606
Tel: 509.662.1954/Fax: 509.663.1553