**HONORABLE EDWARD F. SHEA**

JERRY J. MOBERG
PATRICK R. MOBERG
JERRY J. MOBERG & ASSOCIATES
451 Diamond Drive
Ephrata, WA 98823
(509) 754-2356

Attorneys for Defendants City of Quincy, Bakke and Clark

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GASTON CORNU-LABAT; | **NO. 11-080-EFS** |
| Plaintiff, | |
| V. | |
| MEHDI MERRED, an individual, and ERIC BAKKE AND THOMAS CLARK, individually and in their official capacities as police officers, and THE CITY OF QUINCY, WASHINGTON, a Washington Municipal Corporation and Political Subdivision of The State of Washington; | CERTIFICATE OF COMPLIANCE |
| Defendants. | |

TO:       THE CLERK OF THE COURT

TO:       ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

\\Legal-main\LawData\WPWIN\Quincy\Cornu-Labat v City of Quincy (SIAW)\Pleadings - WitnessExpert Disclosures\206472.doc

DEFENDANT CITY OF QUINCY, ERIK BAKKE & THOMAS CLARK'S CERTIFICATE OF COMPLIANCE RE: DISCLOSURE OF EXPERT WITNESSES
CV-11-080-EFS
PAGE 1

**Jerry J. Moberg & Associates**
**Attorneys At Law**
451 Diamond Drive
Ephrata, WA  98823
(509) 754-2356 / Fax (509) 754-4202

1    **NOTICE IS HEREBY GIVEN** that Defendants City of Quincy (City), Erik Bakke and Thomas Clark (Officers), has timely served its Rule 26 (a)(2)(B) Disclosure upon opposing counsel and has emailed the same to Judge Shea on this date pursuant to the Courts Case Scheduling Order.

RESPECTFULLY SUBMITTED, April 2, 2012.

JERRY J. MOBERG & ASSOCIATES

/s/ Jerry J. Moberg
Jerry J. Moberg, WSBA # 5282
Patrick R. Moberg, WSBA # 41323
Attorneys for Defendants City and Officers

\\Legal-main\LawData\WPWIN\Quincy\Cornu-Labat v City of Quincy (SIAW)\Pleadings - WitnessExpert Disclosures\206472.doc

DEFENDANT CITY OF QUINCY, ERIK BAKKE & THOMAS CLARK'S CERTIFICATE OF COMPLIANCE RE: DISCLOSURE OF EXPERT WITNESSES
CV-11-080-EFS
PAGE 2

**Jerry J. Moberg & Associates**
**Attorneys At Law**
451 Diamond Drive
Ephrata, WA  98823
(509) 754-2356 / Fax (509) 754-4202

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

> Keith Scully
> keith@newmanlaw.com
> sarah@newmanlaw.com

DATED April 2, 2012 at Ephrata, WA.

>  /s/ JERRY J. MOBERG
> Jerry J. Moberg, WSBA # 5282
> jmoberg@canfieldsolutions.com

\\Legal-main\LawData\WPWIN\Quincy\Cornu-Labat v City of Quincy (SIAW)\Pleadings - WitnessExpert Disclosures\206472.doc

DEFENDANT CITY OF QUINCY, ERIK BAKKE & THOMAS CLARK'S CERTIFICATE OF COMPLIANCE RE: DISCLOSURE OF EXPERT WITNESSES
CV-11-080-EFS
PAGE 3

**Jerry J. Moberg & Associates**
**Attorneys At Law**
451 Diamond Drive
Ephrata, WA  98823
(509) 754-2356 / Fax (509) 754-4202