UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GASTON CORNU-LABAT,<br><br>        Plaintiff,<br><br>    v.<br><br>MEHDI MERRED, an individual, and ERIC BAKKE and THOMAS CLARK, individually and in their official capacities as police officers, and the CITY OF QUINCY, WASHINGTON, a Washington Municipal Corporation and political subdivision of the State of Washington,<br><br>        Defendants. | NO. CV-11-0080-EFS<br><br>**ORDER DENYING THE REMAINDER OF DEFENDANT MERRED'S MOTION FOR SUMMARY JUDGMENT** |

    On March 27, 2012, the Court 1) granted summary judgment in Defendant Mehdi Merred's favor and dismissed all of Plaintiff Dr. Gaston Cornu-Labat's claims against him and 2) held in abeyance Mr. Merred's request that the Court require Dr. Cornu-Labat to pay his reasonable attorney fees and costs under RCW 4.24.510, pending notice from Mr. Merred as to whether he wished to continue to pursue this request. ECF No. 44. On April 2, 2012, Mr. Merred advised the Court that he wishes to pursue this request. ECF No. 46. Accordingly, as the Court indicated in its March 27, 2012 Order, the Court grants Dr. Cornu-Labat the opportunity to conduct discovery relating to Mr. Merred's good faith,

ORDER ~ 1

including his knowledge and intent relating to the scope of the TRO and the purpose of his statements to the government agencies.

Therefore, **IT IS HEREBY ORDERED:**  The remainder of Defendant Merred's Motion for Summary Judgment, **ECF No. 23**, is **DENIED with leave to renew** following discovery.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and provide copies to counsel.

**DATED** this   3rd   day of April 2012.

                              s/Edward F. Shea
                              EDWARD F. SHEA
                         United States District Judge

Q:\Civil\2011\0080.msj.merred.disc.lc1.wpd

ORDER ~ 2