UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GASTON CORNU-LABAT,<br><br>    Plaintiff,<br><br>    v.<br><br>MEHDI MERRED, an individual, and ERIC BAKKE and THOMAS CLARK, individually and in their official capacities as police officers, and the CITY OF QUINCY, WASHINGTON, a Washington Municipal Corporation and political subdivision of the State of Washington, GRANT COUNTY SHERIFF'S OFFICE, a Washington municipal corporation and political subdivision of the State of Washington, and MULTI AGENCY COMMUNICATIONS CENTER, a Washington municipal corporation,<br><br>    Defendants. | No. CV-11-0080-EFS<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL AS TO DEFENDANT MULTI AGENCY COMMUNICATIONS CENTER** |

On July 7, 2012, Plaintiff Gaston Cornu-Labat filed a motion voluntarily dismissing his claims against Defendant Multi Agency Communications Center (MACC) without prejudice. No objections to this motion have been filed.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(2), **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Voluntary Dismissal as to Defendant Multi Agency Communications Center, **ECF No. 98**, is **GRANTED**.

2. Plaintiff's claims against MACC are **DISMISSED WITHOUT**

1 **PREJUDICE**.

2     3.   The case caption shall be **AMENDED** to reflect MACC's dismissal.

3     **IT IS SO ORDERED.**  The District Court Executive is hereby directed
4 to enter this Order and furnish copies to counsel.

5     **DATED** this   23rd   day of July 2012.

7                        s/Edward F. Shea
                        EDWARD F. SHEA
8           Senior United States District Judge

9 Q:\Civil\2011\0080.vol.dism.macc.lc1.frm

ORDER CLOSING FILE - 2