AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

GASTON CORNU-LABAT,

        Plaintiff,

        v.

MEHDI MERRED, an individual; GRANT COUNTY SHERIFF'S OFFICE, an agency of GRANT COUNTY, Washington, a municipal corporation and political subdivision of the State of Washington,

        Defendants.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-080-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the remainder of Mr. Merred's Motion for Statutory Damages and Attorney's Fees and Costs is granted in part and denied in part. Judgment is hereby entered in favor of Defendant Mehdi Merred in the total amount of $51,003.65 against Plaintiff Gaston Cornu-Labat.

April 22, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb