# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

GASTON CURNU-LABAT,

*Plaintiff*

v.

MEHDI MERRED, et al,

*Defendant*

Civil Action No. CV-11-080-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Judgment is to be entered in favor of Defendants City of Quincy and Officers Eric Bakke and Thomas Clark, ECF No. 109, and Defendants Grant County and Grant County Sheriff's Office, ECF No. 148, with prejudice. This file shall be closed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: July 3, 2014

CLERK OF COURT

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*

Cheryl Cambensy